FORM 1

# NOTICE OF APPEAL

* * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
_____ DISTRICT OF _____

**ORIGINAL**

NOTICE OF APPEAL

21-CV-0286-NCM-LRE
Docket No.

Notice is hereby given that  The City of New York, et al
                                        (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) My case was dismissed I would like to appeal the entire order entered in this action on the ____ day of 23 _____, 20 25.  3/24/2025
S/M

Salima McAee
Signature

Salima McAee
Printed Name

3030 Surf Ave Brooklyn
Address

NY 11224

(917) 789-0277
Telephone No. (with area code)

REC'D IN PRO SE OFFICE
APR 17 '25 PM 2:00

Date: 4/17/25